AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2005)
Sheet 1

# UNITED STATES DISTRICT COURT

| WESTERN | District of | WASHINGTON |
|---|---|---|

UNITED STATES OF AMERICA
**V.**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation/Modification** of Probation or Supervised Release)

*Myra A. Suniga,*

Case Number: *CR05-5499 ; CR05-5649*

*Thomas A. Campbell*
Defendant's Attorney

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s) *#1 of Petition 1/20/2006* of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| #1 | *failing to satisfactorily participate in a CCC/ on CCS for up to 120 days* | 1/7/06 |

**05-CR-05499-JGM**

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: **XXX-XX-** *5785*
(Last four digits only)
Defendant's Date of Birth: **XX-XX-** *1978*
USM No.: *35616-086*

_____
Defendant's Signature

FILED
RECEIVED
JAN 2006
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

_____
BARBARA J. SIEVERS, Assistant United States Attorney
*1/26/2006*
Date of Imposition of Judgment

_____
Signature of Judge

*Karen L. Strombom*
United States Magistrate Judge (add name of Judge)

*1/26/06*
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

DEFENDANT: *CR05-5499 ; CR05-5649*          Judgment — Page __2__ of __4__
CASE NUMBER: *SUNIGA*

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total
total term of :      *1 Month  (30 days)*

☑ The court makes the following recommendations to the Bureau of Prisons:

    Federal Detention Center
    2425 South 200th
    SeaTac, WA  98198
    (206) 870-5700

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    at _____ a.m. / p.m. on _____

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐ a.m.   ☐ p.m.   on _____ .

    ☐    as notified by the United States Marshal.

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

                            _____
                                    UNITED STATES MARSHAL

         By _____
                            DEPUTY UNITED STATES MARSHAL

AO 245D     (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 3 — Supervised Release

DEFENDANT: *CR05-5499 ; CR05-5649*                          Judgment—Page __3__ of __4__
CASE NUMBER: *SUNIGA*

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : __11 months__

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, up to a maximum of ___8___ tests per month at dates and times directed by the U.S. Probation Officer.

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☐  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
       Sheet 3A — Supervised Release

DEFENDANT: *CR05- 5499 ; CR05- 5649*

CASE NUMBER: *SUNIGA*

Judgment—Page __4__ of __4__

# ADDITIONAL PROBATION/SUPERVISED RELEASE TERMS
(Check those applicable.)

_____ The defendant shall perform _____ hours of community service as directed by the U.S. Probation Office.

__✓__ The defendant shall participate as directed in a mental health treatment program, approved by the U.S. Probation Office.

__✓__ The defendant shall participate as instructed by defendant's U.S. Probation Officer in a program approved by the probation office for treatment of alcohol or narcotic addiction, drug dependency or substance abuse, which may include testing to determine if the defendant has reverted to the use of alcohol or drugs, and an evaluation for alcohol or drug dependency. The defendant shall be subject to no more than eight (8) drug tests per month for the period of supervision. The defendant shall also abstain from the use of alcohol and/or other intoxicants during the term of supervision.

_____ The defendant shall not drive without a valid license or insurance.

_____ The defendant shall submit to a search of his/her person, residence, office, property, storage unit, or vehicle conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer.

_____ The defendant shall pay restitution in the amount of $_____. Any unpaid amount is to be paid during the period of supervision as directed by defendant's U.S. Probation Officer. Interest on restitution shall be waived.

_____ The defendant shall reside in a community corrections center for _____ days or months.

_____ The defendant shall have work release privileges.

_____ The defendant shall participate in the home confinement program with electronic monitoring (EM) as directed by defendant's Probation Officer for a period of _____ days. The defendant shall pay for costs of the program as directed by defendant's Probation Officer.

_____ The defendant shall drive only a motor vehicle equipped with a functioning ignition lock device for a period of _____.

__✓__ Other conditions: The Δ shall reside in ; satisfactorily participate in a CCC ; or CSC program, to include Prerelease component ; day reporting program participation, if determined appropriate by the community Correction Manager ; US Probation, As a condition of supervised release or probation for up to 120 days or until discharged by the CCC manager or US Probation. The defendant may be responsible for a 25% gross income subsistence fee. Note the subsistance will be reduced to 10% in the event the Δ is moved to day reporting.